No. 80–5216. SCOTT *v.* FLORIDA. Sup. Ct. Fla.;

No. 80–5335. JONES *v.* MISSISSIPPI. Sup. Ct. Miss.; and

No. 80–5495. RUSSELL *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. Reported below: No. 80–5335, 381 So. 2d 983; No. 80–5495, 598 S. W. 2d 238.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 80–273. HART AND MILLER ISLANDS AREA ENVIRONMENTAL GROUP, INC., ET AL. *v.* UNITED STATES ARMY CORPS OF ENGINEERS ET AL. C. A. 4th Cir. Motions of Sierra Club et al. and Bair Island Investments, Inc., et al. for leave to file briefs as *amici curiae* granted. Certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.

No. 80–329. SMITH *v.* McCRAY. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.